# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-448-GCM-DCK

| | |
|---|---|
| STACY NELSON OATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Russell R. Bowling, concerning Andrew A. Flemming on October 14, 2019. Andrew A. Flemming seeks to appear as counsel *pro hac vice* for Plaintiff, Stacy Nelson Oates. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Andrew A. Flemming is hereby admitted *pro hac vice* to represent Plaintiff, Stacy Nelson Oates.

**SO ORDERED**.

Signed: October 15, 2019

David C. Keesler
United States Magistrate Judge